UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:14-cv-00227-BO

| | |
|---|---|
| COVIS PHARMA, S.A.R.L.,<br><br>*Petitioner, Cross-Respondent,*<br><br>v.<br><br>HOSPIRA WORLDWIDE, INC.,<br><br>*Respondent, Cross-Petitioner.* | ORDER |

Upon consideration of the Consent Motion for a Scheduling Order of Hospira Worldwide, Inc. (the "Consent Motion"), **IT IS ORDERED** that the Consent Motion for Scheduling Order is **GRANTED**:

1. No later than January 29, 2015, Hospira shall file its Motion to Confirm Arbitration Awards (which includes the Arbitrator's October 14, 2014 award and December 30, 2014 award on Attorneys' Fees and Expenses) and, separately, Hospira's Memorandum in Support of Its Application to Confirm Arbitration Awards and In Opposition to Covis' Motion to Vacate Arbitration Award ("Hospira Consolidated Brief"), which consolidated brief shall respond to Covis' Motion to Vacate the Award filed with this Court on December 9, 2014. The Hospira Consolidated Brief shall be limited to a total of thirty (30) pages.

2. No later than February 26, 2015, Covis shall file its consolidated brief responding to Hospira's Consolidated Brief, and its reply in support of Covis' Motion to Vacate the Award ("Covis Consolidated Brief"). The Covis Consolidated Brief shall be limited to a total of twenty-five (25) pages.

3. No later than March 12, 2015, Hospira shall file a reply in support of its Motion to Confirm Arbitration Awards. This reply shall be limited to a total of ten (10) pages.

This the 23 day of ~~January~~ Feb 2015.

                                                          *Terrence W. Boyle*
                                                        United States District Judge