UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Covis Pharma S.a.r.l., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Hospira Worldwide, Inc., ) | No. 4:14-CV-227-BO |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to vacate the arbitration award [DE 1] is DENIED, and defendant's motion to confirm the arbitration award [DE 19] is GRANTED. Defendant is awarded pre- and post-judgment interest as outlined in the Court's order entered 6/2/2015.

This case is closed.

**This judgment filed and entered on June 2, 2015, and served on:**

Amit Sondhi (via CM/ECF Notice of Electronic Filing)
Matthew M. Oliver (via CM/ECF Notice of Electronic Filing)
James M. Powell (via CM/ECF Notice of Electronic Filing)
Brian C. Haussmann (via CM/ECF Notice of Electronic Filing)
Christopher D. Liguori (via CM/ECF Notice of Electronic Filing)
David C. Wright , III (via CM/ECF Notice of Electronic Filing)
Karina Z DeHayes (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

June 2, 2015

By: Deputy Clerk